IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In the Matter of**: | } | Bankruptcy Case No. 22-05288 |
| Georgia Kolovos | } | Judge Donald R. Cassling |
| | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | Cook County |

TO:   **Thomas H. Hooper**, Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL 60603, via electronic notification;

**Georgia Kolovos,** 6105 N. Fairfield, Chicago, IL 60659, via U.S. Mail; and

See Attached List

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mailbox at 8707 Skokie Blvd., Suite 312, Skokie, IL 60077 on January 3, 2023, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.


/s/ David Freydin                    1/3/2023
David Freydin, Esq                   Date
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL  60077
Phone: 847.972.6157

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-05288<br>Northern District of Illinois<br>Eastern Division<br>Wed Oct 12 09:55:21 CDT 2022 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Amex/Bankruptcy<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | (p)CCO MORTGAGE CORP<br>10561 TELEGRAPH RD<br>GLEN ALLEN VA 23059-4577 | Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One/Menards<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One/Younkers<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Citi/Sears<br>Citibank/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank North America<br>Citibank SD MC 425<br>5800 South Corp Place<br>Sioux Falls, SD 57108 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Comenity Bank/Carsons<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Great American Finance<br>Attn: Bankruptcy<br>20 N Wacker Dr. Suite 2275<br>Chicago, IL 60606-3096 | Lincoln Automotive Fin<br>Attn: Bankrutcy<br>Po Box 54200<br>Omaha, NE 68154-8000 | Synchrony Bank/Gap<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Wells Fargo Hm Mortgag<br>Po Box 10335<br>Des Moines, IA 50306-0335 |
| David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2281 | Georgia Kolovos<br>6105 N. Fairfield<br>Chicago, IL 60659-3330 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Steven R Radtke<br>Chill, Chill & Radtke PC<br>79 W Monroe Street Suite 1314<br>Chicago, IL 60603-4933 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CCO Mortgage Corp.<br>Attn: Bankruptcy<br>10561 Telegraph Rd<br>Glen Allen, VA 23059 | Citizens Bank<br>Attention: ROP-15B<br>1 Citizens Drive<br>Riverside, RI 02940 | (d)Citizens Bank<br>Attn: Bankruptcy<br>1 Citizens Dr<br>Riverside, RI 02915 |

End of Label Matrix
Mailable recipients    24
Bypassed recipients     0
Total                  24