UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  22-05288
Georgia Kolovos  )
  )  Chapter: 13
  )  Honorable Donald R. Cassling
  )
  )
Debtor(s)  )

## Order Confirming Plan

The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 33, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: March 02, 2023